## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re                                        :
                                             :   Chapter 11
RADIOSHACK CORPORATION, et al.,              :
                                             :   Case No. 15-10197 (BLS)
            Debtors.[1]                       :
                                             :   (Jointly Administered)
------------------------------------------------------------x
                                             :
Salus Capital Partners, LLC, in its capacity as :
Agent,                                       :
                                             :
            Plaintiff,                       :
                                             :
            v.                               :
                                             :
Standard Wireless Inc.; General Wireless Inc.; :
Standard General L.P.; General Retail Holdings :
L.P.; General Retail Funding LLC; Litespeed  :
Master Fund, Ltd.; Litespeed Management,     :   Adv. Proc. No. 15-50239 (BLS)
L.L.C.; Cantor Fitzgerald Securities LLC;    :
BlueCrest Multi Strategy Credit Master Fund  :
Limited; DW Catalyst Master Fund, Ltd.; DW   :
Value Master Fund, Ltd.; Saba Capital        :
Management, LP; Macquarie Credit Nexus Master :
Fund Limited; Taconic Opportunity Master Fund :
L.P.; Taconic Master Fund 1.5 L.P.; T. Rowe Price :
Associates, Inc.; Mudrick Capital Management, :
LP; and John Does #1-50,                     :
                                             :
            Defendants.                      :
------------------------------------------------------------x
```

### LITESPEED'S MOTION TO DISMISS AND JOINDER TO
### THE ABL LENDERS' MOTION TO DISMISS THE ADVERSARY
### COMPLAINT OF SALUS CAPITAL PARTNERS, LLC

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

Litespeed Master Fund, Ltd and Litespeed Management L.L.C. and their affiliates ("Litespeed"), by and through their undersigned counsel, hereby move (the "Motion"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, for an order dismissing the Adversary Complaint (Adv. Dkt. No. 1) against the ABL Lenders, allegedly including Litespeed, that was filed by Salus Capital Partners, LLC in its capacity as agent for the SCP Lenders ("Salus") because the Adversary Complaint fails to state a claim upon which relief can be granted.

In support of the Motion, Litespeed joins in, adopts as their own, and incorporates by reference all of the arguments and authorities contained in the *Memorandum of Law in Support of the Motion of the ABL Lenders to Dismiss the Adversary Complaint of Salus Capital Partners, LLC* (Adv. Dkt. No. 16, the "Memorandum of Law"), including the *Declaration of Elliot Moskowitz in Support of the Motion of the ABL Lenders to Dismiss the Adversary Complaint of Salus Capital Partners, LLC* (Adv. Dkt. No. 17) and any exhibits attached thereto, which set forth the relevant facts and legal bases for the Motion.

In further support of the Motion, Litespeed respectfully states that the Adversary Complaint improperly defines Litespeed as an ABL Lender, (Adv. Compl., ¶ 16). Litespeed has no contractual relationship with any Debtor, and holds only an equity stake in GRH, with an indirect economic stake in the ABL Revolving Loan Commitment; the ABL Revolving Loan Commitment is *not* challenged by the Adversary Complaint. Thus, Litespeed is not a proper defendant to any case premised on the "Term Out Loans" (*Id.,* ¶ 33) or against the other First Out ABL Lenders. [2] As the Adversary Complaint improperly alleges that Litespeed is an "ABL

---

[2] Litespeed notified Salus of the lack of basis for any claim against Litespeed, and requested dismissal without prejudice. Salus refused.

Lender" and the Complaint fails to state a claim for relief against any ABL Lender, Litespeed is entitled to dismissal for the same reasons stated in the Memorandum of Law.

WHEREFORE, for all the reasons set forth in the Memorandum of Law and because it is not a proper Defendant, Litespeed respectfully requests that this Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, that dismisses all counts in the Adversary Complaint against Litespeed, with prejudice, and grants Litespeed such additional and further relief as the Court may deem just and proper.

Dated: May 8, 2015
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Kenneth J. Enos*
C. Barr Flinn (No. 4092)
Kenneth J. Enos (No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

GOODWIN PROCTER LLP

Brian D. Hail, Esq.
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

*Attorneys to Litespeed Management L.L.C. and Litespeed Master Fund, Ltd. and Affiliates*