IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------- x
In re:                                :
                                      : Chapter 11
RADIOSHACK CORPORATION, et al.,       :
                                      : Case No. 15-10197 (BLS)
                  Debtors.            :
                                      : (Jointly Administered)
------------------------------------- x
Salus Capital Partners, LLC, in its capacity as Agent, :

              Plaintiff,              :

         v.                           :

Standard Wireless Inc.; General Wireless Inc.; Standard : Adv. Proc. No. 15-50239
General L.P.; General Retail Holdings L.P.; General   :
Retail Funding LLC; Litespeed Master Fund, Ltd.;      :
Litespeed Management, L.L.C.; Cantor Fitzgerald       :
Securities LLC; BlueCrest Multi Strategy Credit Master :
Fund Limited; DW Catalyst Master Fund, Ltd.; DW       :
Value Master Fund, Ltd.; Saba Capital Management, LP; :
Macquarie Credit Nexus Master Fund Limited; Taconic   :
Opportunity Master Fund L.P.; Taconic Master Fund 1.5 : Related Docket No. 34
L.P.; T. Rowe Price Associates, Inc.; Mudrick Capital :
Management, LP; and John Does #1-50,                  :
                                      :
              Defendants.             :
------------------------------------- x
```

## SCHEDULING ORDER

In order to promote the efficient and expeditious disposition of the matters addressed herein, the following schedule shall apply:

**IT IS HEREBY ORDERED** that:

1. The following briefing schedule shall apply to any motions to dismiss filed in the above-captioned adversary proceeding:

    a. Defendants shall file and serve any motions to dismiss the Amended Complaint [Docket No. 32] no later than **June 22, 2015**.

    b. Plaintiff shall file and serve responses to any such motions to dismiss no later than **July 13, 2015**.

    c. Defendants shall file and serve any replies by **July 27, 2015**.

2. Pursuant to Local Rule 7016-1, the initial Fed. R. Civ. P. 16 scheduling and planning conference in this adversary proceeding (the "Initial Pre-Trial Conference") shall be held at the omnibus hearing scheduled for **July 14, 2015 at 9:30 a.m.** (Eastern Time).

3. The parties shall meet and confer regarding scheduling and discovery matters, as required under Fed. R. Civ. P. 26(f) (the "Rule 26(f) Conference"), made applicable by Fed. R. Bankr. P. 7026, within two weeks of the Initial Pre-Trial Conference; provided, however, that Plaintiff is authorized to serve, and defendants may object to, discovery regarding the Bankruptcy Rule 2004 examination conducted by the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

4. Unless otherwise agreed to by the parties, the parties shall serve their initial disclosures, pursuant to Bankruptcy Rule 7026 and Fed. R. Civ. P. 26, no later than fourteen (14) days after the parties' Rule 26(f) Conference.

5. Deadlines contained in this Scheduling Order may be extended by agreement of the parties in writing or, alternatively, by the Court.

Dated: June 8, 2015
Wilmington, Delaware

Honorable Brendan L. Shannon
UNITED STATES BANKRUPTCY JUDGE